UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------X
UNITED STATES OF AMERICA,

    - against -

TYLER MASSEY,

        Defendant.
-----------------------------------X

**O R D E R**

17 CR 111-3 (NRB)

**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**


    The Court modifies the terms of the defendant's supervised release to include a term of inpatient substance abuse treatment and a mental health evaluation with treatment as necessary.

    **SO ORDERED.**

Dated:    New York, New York
           January 15, 2020

                                  NAOMI REICE BUCHWALD
                               UNITED STATES DISTRICT JUDGE